# FROM THE DESK OF VEARNEAS W. FAGGETT, CSR

Criminal District Court No. 7
Official Court Reporter
Dallas County, Texas  75207
972.739.3906(office)
vearneas.faggett@dallascounty.org

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/29/2015 5:18:23 PM
LISA MATZ
Clerk

May 29, 2015

RE: Court of Appeals Number: 05-14-00297-CR
Trial Court Case Number: F13-70153-Y

Style: Kirk Steven Jackson V. The State of Texas

In reference with the above styled case, I was ordered by the Fifth District Court of Appeals to file with the court State's Exhibit 51 by May 29, 2015.  As of Friday, May 29, 2015, I have not received State's Exhibit 51 from Sharon Hazlewood, former court reporter of Criminal District No. 7 and am writing this letter to notify the court of such fact.

I have tried to comply with the Court's order to the best of my ability, and there is nothing further I can do in this instance as I did not receive the exhibit.  If there is anything further I need to do, please let me know.

Cordially,

/s/Vearneas Faggett

Vearneas Faggett, CSR

cc:  Judge Elizabeth Frizell